# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE F. GONZALEZ, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEFAB PACKAGING, INC., a New Hampshire Corporation, and DOES 1-10<br><br>Defendants.<br><hr>AND RELATED COUNTER-CLAIMS. | Case No.: 2:13-04499-JAK (SSx)<br>Hon. John A. Kronstadt<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>JS-6 |

**ORDER**

## **ORDER**

WHEREAS, Plaintiff requested dismissal of the Third Cause of Action pursuant to Federal Rule of Civil Procedure 41(a)(2);

WHEREAS, Plaintiff requested dismissal of the Fifth Cause of Action as related to claims arising from the Third Cause of Action;

WHEREAS, the effect of the dismissal of the Third Cause of Action and portions of the Fifth Cause of Action related to claims arising from the Third Cause of Action renders the remaining portions of the Fifth Cause of Action moot following the Court's Order of October 30, 2013;

THE COURT HEREBY ORDERS:

The Third Cause of Action is dismissed without prejudice;

The claims contained with the Fifth Cause of Action related to the Third Cause of Action are dismissed without prejudice;

The claims contained within the Fifth Cause of Action, arising from the First, Second, and Fourth Causes of Action are adjudicated pursuant to the Court's Order of October 30, 2013 in favor of Defendant.

IT IS SO ORDERED.

DATED: November 18, 2013

_____
John A. Kronstadt
United States District Court Judge