UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE F. GONZALEZ, individually and on behalf of other persons similarly situated,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>NEFAB PACKAGING, INC., a New Hampshire Corporation, and DOES 1-10<br><br>　　Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No.:  2:13-04499-JAK (SSx)<br>Hon. John A. Kronstadt<br><br><br>**JUDGMENT**<br><br>JS-6 |

## JUDGMENT

WHEREAS, on October 30, 2013, the Court granted Defendant Nefab Packaging, Inc.'s 12(b)(6) motion on the first, second and fourth causes of action;

WHEREAS co-defendant On-Call Staffing Services did not jointly participate in Nefab's 12(b)(6) motion, but, had it done so, would have prevailed for the same reasons expressed in the October 30, 2013 Order;

WHEREAS, on November 18, 2013, the Court dismissed Plaintiff's third cause of action without prejudice;

WHEREAS, on November 18, 2013, the Court dismissed the fifth cause of action related to the third cause of action without prejudice;

WHEREAS, on February 24, 2015, the Court indicated it would grant Plaintiff's Motion to amend the November 18, 2013 dismissal;

WHEREAS, on February 24, 2015, the Court indicated that it would be appropriate to consider the October 30, 2013 Order as one that adjudicated the first, second, and fourth causes of action as to both Nefab and On-Call Staffing Services; and

WHEREAS, on March 25, 2015, the Ninth Circuit issued a limited remand for the purpose of amending the November 18, 2013 dismissal.

///

///

THEREFORE:

The Court hereby extends its October 30, 2013 Order to apply to co-Defendant On-Call Staffing Services;

The Court hereby dismisses the Third Cause of Action with prejudice as to all Defendants; and

The Court hereby dismisses those portions of the Fifth Cause of Action related to the Third Cause of Action with prejudice as to all Defendants.

IT IS SO ADJUDGED AND DECREED.

DATE: May 14, 2015

                              Hon. John A. Kronstadt,
                              Judge, United States District Court